AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| ERR CONTENT IP, LLC <br><br> *Plaintiff(s)* <br> v. <br> ECHOSTAR COMMUNICATIONS CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 4:25-cv-05248 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ECHOSTAR COMMUNICATIONS CORPORATION
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Ramey, III
RAMEY LLP
5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: November 4, 2025

s/ M. LaBee
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-05248

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                    **SERVICE RETURN ATTACHED**

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**ATX Process, LLC
1411 West 6th Street
Austin, TX 78703**

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Texas

Case Number: 4:25-CV-05248

Plaintiff:
**Err Content IP, LLC**
vs.
Defendant:
**Echostar Communications Corporation**

For: Ramey LLP

Received these papers on the 24th day of November, 2025 at 2:22 pm to be served on **Echostar Communications Corporation by serving its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, DE 19801.** I, GILBERT DEL VALLE, being duly sworn, depose and say that on the 25 day of NOVEMBER, 2025 at 10:30 A .m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint for Patent Infringement and Exhibits A and B** in accordance with state statutes in the manner marked below:

(X) **CORPORATE SERVICE:** By delivering to ROBIN HUTT-BANKS (individual accepting) as MANAGING AGENT (title), at 1209 ORANGE STREET (street), WILMINGTON (city), DE (state) 19801 (zip code) NEW CASTLE (county).

( ) **PUBLIC AGENCY:** By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) **SUBSTITUTE SERVICE:** By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) **GOVERNMENT AGENCY:** By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) **NON SERVICE:** For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 25 day of NOVEMBER, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

KEVIN STEWART DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires OCTOBER 8, 2027

_____
GILBERT DEL VALLE
PROCESS SERVER # 1975
Appointed in accordance with State Statutes

Our Job Serial Number: 2025013523
Ref: Err v Echostar

ATX Process, LLC
1411 W 6th Street
Austin, TX 78703
(512) 717-5600

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a